# EXHIBIT D-3

Exhibit 99.3

*Unaudited Condensed Interim Consolidated Financial Statements of*

**Concordia Healthcare Corp.**

March 31, 2016

# Table of Contents

Unaudited Condensed Interim Consolidated Balance Sheets   3

Unaudited Condensed Interim Consolidated Statements of Income (Loss)   4

Unaudited Condensed Interim Consolidated Statements of Comprehensive Income (Loss)   5

Unaudited Condensed Interim Consolidated Statements of Changes in Equity   6

Unaudited Condensed Interim Consolidated Statements of Cash Flows   7

Notes to Condensed Interim Consolidated Financial Statements   8  - 31

# Concordia Healthcare Corp.

## Unaudited Condensed Interim Consolidated Balance Sheets

(Stated in thousands of U.S. Dollars, except per share amounts and where otherwise stated)

| As at | Mar 31, 2016 | Dec 31, 2015 |
|---|---|---|
| **Assets** | | |
| **Current** | | |
| Cash and cash equivalents | 178,516 | 155,448 |
| Accounts receivable (Note 5) | 236,823 | 193,194 |
| Inventory (Note 6) | 86,143 | 100,613 |
| Prepaid expenses | 10,380 | 10,820 |
| Income taxes recoverable | 5,692 | 6,175 |
| Other current assets | 14,279 | 15,945 |
| | 531,833 | 482,195 |
| Intangible assets (Notes 4 and 7) | 3,847,525 | 3,961,742 |
| Goodwill (Notes 4 and 8) | 805,694 | 824,529 |
| Fixed assets | 5,870 | 5,053 |
| Deferred income tax assets | 674 | 2,271 |
| Other assets (Note 23) | 5,990 | 6,469 |
| **Total Assets** | 5,197,586 | 5,282,259 |
| | | |
| **Liabilities** | | |
| **Current** | | |
| Accounts payable and accrued liabilities | 187,220 | 158,486 |
| Provisions (Note 9) | 32,652 | 32,729 |
| Dividend payable | 3,826 | 3,825 |
| Income taxes payable | 47,388 | 41,987 |
| Current portion of long-term debt (Note 11) | 25,774 | 18,745 |
| Current portion of purchase consideration payable (Note 18) | 239,995 | 253,600 |
| | 536,855 | 509,372 |
| Long-term debt (Note 11) | 3,280,308 | 3,302,581 |
| Purchase consideration payable (Note 18) | 34,354 | 39,342 |
| Deferred income tax liabilities | 259,408 | 274,102 |
| Other long-term liabilities | 328 | 401 |
| Other liabilities (Note 23) | 343 | 253 |
| **Total Liabilities** | 4,111,596 | 4,126,051 |
| | | |
| **Shareholders' Equity** | | |
| Share capital (Note 12) | 1,275,120 | 1,274,472 |
| Contributed surplus | 30,000 | 23,556 |
| Accumulated other comprehensive loss | (172,618) | (104,293) |
| Deficit | (46,512) | (37,527) |
| **Total Shareholders' Equity** | 1,085,990 | 1,156,208 |
| **Total Liabilities and Shareholders' Equity** | 5,197,586 | 5,282,259 |

Commitments and contingencies (Note 16)

Approved and authorized for issue by the Board of Directors on May 12, 2016.

"Rochelle Fuhrmann"
Director **(Signed)**

"Mark Thompson"
Director **(Signed)**

The accompanying notes are an integral part of these unaudited condensed interim consolidated financial statements.

# Concordia Healthcare Corp.

## Unaudited Condensed Interim Consolidated Statements of Income (Loss)

(Stated in thousands of U.S. Dollars, except per share amounts and where otherwise stated)

| | Three months ended | |
| --- | ---: | ---: |
| | Mar 31, 2016 | Mar 31, 2015 |
| Revenue | 228,535 | 34,113 |
| Cost of sales (Notes 6 & 22) | 68,683 | 3,829 |
| Gross profit | 159,852 | 30,284 |
| | | |
| **Operating expenses (Note 22)** | | |
| General and administrative | 15,467 | 4,917 |
| Selling and marketing | 13,313 | 3,013 |
| Research and development | 8,867 | 3,088 |
| Acquisition related, restructuring and other | 3,548 | 2,854 |
| Share-based compensation (Note 14) | 8,357 | 897 |
| Amortization of intangible assets (Note 7) | 46,595 | 5,035 |
| Depreciation expense | 430 | 42 |
| Change in fair value of purchase consideration (Note 18) | 3,357 | 633 |
| Total operating expenses | 99,934 | 20,479 |
| | | |
| Operating income from continuing operations | 59,918 | 9,805 |
| | | |
| **Other income and expense** | | |
| Interest and accretion expense (Note 11) | 68,341 | 8,478 |
| Foreign exchange gain | (2,009) | (409) |
| Unrealized gain on foreign exchange forward contract | — | (2,549) |
| Income (loss) from continuing operations before tax | (6,414) | 4,285 |
| | | |
| Income taxes (Note 10) | | |
| Current | 8,707 | 535 |
| Deferred | (10,320) | (36) |
| Net income (loss) from continuing operations | (4,801) | 3,786 |
| | | |
| Net income (loss) from discontinued operations (Note 23) | (358) | 1,882 |
| Net income (loss) for the period | (5,159) | 5,668 |
| | | |
| **Earnings (loss) per share, from continuing operations (Note 13)** | | |
| Basic earnings (loss) per share | (0.09) | 0.13 |
| Diluted earnings (loss) per share | (0.09) | 0.12 |
| | | |
| **Earnings (loss) per share, including discontinuing operations (Note 13)** | | |
| Basic earnings (loss) per share | (0.10) | 0.20 |
| Diluted earnings (loss) per share | (0.10) | 0.19 |

The accompanying notes are an integral part of these unaudited condensed interim consolidated financial statements.

# Concordia Healthcare Corp.

## Unaudited Condensed Interim Consolidated Statements of Comprehensive Income (Loss)
(Stated in thousands of U.S. Dollars, except per share amounts and where otherwise stated)

| | Three months ended | |
| --- | --- | --- |
| | Mar 31, 2016 | Mar 31, 2015 |
| Net income (loss) for the period | (5,159) | 5,668 |
| | | |
| Other comprehensive loss, net of tax | | |
| Amounts that will be reclassified to statement of income (loss) | | |
| Cumulative translation adjustment | (83,524) | (293) |
| Net investment hedge of GBP denominated loans (net of taxes of $2,301) | 15,199 | — |
| Other comprehensive loss for the period, net of tax | (68,325) | (293) |
| Total comprehensive income (loss) for the period | (73,484) | 5,375 |

The accompanying notes are an integral part of these unaudited condensed interim consolidated financial statements.

# Concordia Healthcare Corp.

## Unaudited Condensed Interim Consolidated Statements of Changes in Equity

(Stated in thousands of U.S. Dollars, except per share amounts and where otherwise stated)

| | Share Capital | | Contributed Surplus | Accumulated Other Comprehensive Loss | Retained Earnings/(Deficit) | Total Shareholders' Equity |
| --- | --- | --- | --- | --- | --- | --- |
| | Number of Shares | Amount | | | | |
| Balances, January 1, 2015 | 28,861,239 | 247,035 | 5,028 | (274) | 5,761 | 257,550 |
| Dividends (Note 12) | — | — | — | — | (2,166) | (2,166) |
| Exercise of options (Note 14) | 12,500 | 52 | (13) | — | — | 39 |
| Share based compensation expense (Note 14) | — | — | 897 | — | — | 897 |
| Net income for the period | — | — | — | — | 5,668 | 5,668 |
| Foreign currency translation adjustment | — | — | — | (293) | — | (293) |
| Balances, March 31, 2015 | 28,873,739 | 247,087 | 5,912 | (567) | 9,263 | 261,695 |
| | | | | | | |
| Balances, January 1, 2016 | 50,994,397 | 1,274,472 | 23,556 | (104,293) | (37,527) | 1,156,208 |
| Dividends (Note 12) | — | — | — | — | (3,826) | (3,826) |
| Exercise and vesting of stock based compensation (Note 14) | 21,475 | 648 | (475) | — | — | 173 |
| Share based compensation expense (Note 14) | — | — | 8,357 | — | — | 8,357 |
| Taxes for share based compensation | — | — | (1,438) | — | — | (1,438) |
| Net loss for the period | — | — | — | — | (5,159) | (5,159) |
| Translation of foreign denominated loans (net of taxes of $2,301) | — | — | — | 15,199 | — | 15,199 |
| Cumulative translation adjustment | — | — | — | (83,524) | — | (83,524) |
| Balances, March 31, 2016 | 51,015,872 | 1,275,120 | 30,000 | (172,618) | (46,512) | 1,085,990 |

The accompanying notes are an integral part of these unaudited condensed interim consolidated financial statements.

# Concordia Healthcare Corp.

## Unaudited Condensed Interim Consolidated Statements of Cash Flows
(Stated in thousands of U.S. Dollars, except per share amounts and where otherwise stated)

| | Three months ended | |
| --- | --- | --- |
| | March 31, 2016 | March 31, 2015 |
| **Cash flows from operating activities** | | |
| Net income (loss) from continuing operations | (4,801) | 3,786 |
| Adjustments to reconcile net income to net cash flows from operating activities: | | |
| Interest and accretion expense (Note 11) | 68,341 | 8,478 |
| Depreciation and amortization | 47,025 | 5,077 |
| Share based compensation expense (Note 14) | 8,357 | 897 |
| Non-cash inventory fair value adjustments (Note 6) | 18,643 | — |
| Fair value adjustments | 3,357 | 633 |
| Income tax (recovery) expense | (1,613) | 499 |
| Other (income) expense | (1,275) | 416 |
| Unrealised gain on foreign exchange | — | (2,549) |
| Contingent consideration paid | (3,424) | |
| Income taxes paid | (1,835) | (14,176) |
| Changes in operating assets and liabilities | | |
| Accounts receivable | (40,317) | 9,140 |
| Inventory | (3,303) | (986) |
| Prepaid expenses and other current assets | 1,958 | (7,627) |
| Accounts payable and accrued liabilities | 2,285 | 3,203 |
| Provisions | (1,869) | (2,979) |
| Other liabilities | (74) | (6) |
| Cash flows from operating activities - continuing operations | 91,455 | 3,806 |
| Cash flows from operating activities - discontinued operations | 433 | 814 |
| **Net cash flows from operating activities - continuing and discontinued operations** | 91,888 | 4,620 |
| **Cash flows used in investing activities** | | |
| Purchase of fixed assets and capitalised development costs | (3,779) | (90) |
| Interest earned | 290 | — |
| Cash flows used in investing activities - continuing operations | (3,489) | (90) |
| Cash flows used in investing activities - discontinued operations | — | (814) |
| **Net cash flows used in investing activities - continuing and discontinued operations** | (3,489) | (904) |
| **Cash flows used in financing activities** | | |
| Deferred financing costs | (5,062) | — |
| Proceeds from exercise of options | 106 | 38 |
| Payment of long-term debt | (5,197) | (5,950) |
| Contingent consideration paid (Note 18) | (18,655) | — |
| Interest paid | (29,941) | (2,142) |
| Dividends paid (Note 12) | (3,825) | (2,165) |
| Cash flows used in financing activities - continuing operations | (62,574) | (10,219) |
| Cash flows used in financing activities - discontinued operations | — | — |
| **Net cash flows used in financing activities - continuing and discontinued operations** | (62,574) | (10,219) |
| Net change in cash and cash equivalents | 25,825 | (6,503) |
| Effects of exchange rate changes on cash and cash equivalents | (2,757) | (430) |
| Cash and cash equivalents, beginning of period | 155,448 | 39,572 |
| **Cash and cash equivalents, end of period** | 178,516 | 32,639 |

The accompanying notes are an integral part of these unaudited condensed interim consolidated financial statements.

# Concordia Healthcare Corp.
## Notes to Condensed Interim Consolidated Financial Statements
(Stated in thousands of U.S. Dollars, except per share amounts and where otherwise stated)

### 1. Description of Business and General Information

Concordia Healthcare Corp. (the " **Company** ", " **Concordia** " or the " **Group** ") is an international specialty pharmaceutical company, owning, through its subsidiaries, a diversified portfolio of branded and generic prescription products. Concordia has three reportable operating segments, which consist of Concordia North America, Concordia International and Orphan Drugs, as well as a Corporate cost centre. On April 29, 2016 the shareholders approved changing the name of the Company from Concordia Healthcare Corp. to Concordia International Corp. The name change is expected to be implemented in the second quarter of 2016.

Concordia North America, formerly the Company's "Legacy Pharmaceuticals Division", has product right sales of legacy pharmaceutical products mainly in the United States. Concordia North America operations are conducted through the Barbados branch of Concordia Pharmaceuticals Inc. S.à r.l (" **CPI** "). CPI has a portfolio of branded products and authorized generic contracts.

Concordia International operations are conducted through Amdipharm Mercury Limited (" **AMCo** ") and certain of its subsidiaries. AMCo is an international specialty pharmaceutical company, owning a diversified portfolio of branded and generic prescription products, which are sold to wholesalers, hospitals and pharmacies in over 100 countries.

Both the Concordia North America and Concordia International segments have products manufactured and sold through an out-sourced production and distribution network and marketed internationally through a combination of direct sales and local partnerships. Manufacturing is mainly outsourced to a network of contract manufacturers.

Concordia's Orphan Drugs segment operations are conducted through the Barbados branch of Concordia Laboratories Inc. S.à r.l (" **CLI** "). CLI owns Photofrin® for the treatment of certain forms of rare cancer.

The Corporate cost centre consists of centralized costs incurred by the Company, as ultimate parent company of the Group.

During 2015, the Company resolved to dissolve Complete Medical Homecare Inc. (" **CMH** "), and thus commenced the wind up of CMH. CMH was previously presented as the Company's Specialty Healthcare Distribution Division (" **SHD** "), which distributed diabetes testing supplies and other healthcare products.

Concordia's business experiences little seasonal variation in demand.

The Company's shares are listed for trading on the Toronto Stock Exchange (" **TSX** ") under the symbol "CXR" and are listed for trading on the NASDAQ Global Select Market® under the symbol "CXRX".

The registered and head office of the Company is located at 277 Lakeshore Rd. East, Suite 302, Oakville, Ontario, L6J 1H9.

### 2. Significant Accounting Policies

(a) Basis of Presentation

These condensed interim consolidated financial statements for the three months ended March 31, 2016 have been prepared in accordance with International Financial Reporting Standards as issued by the International Accounting Standards Board (" **IFRS** ") applicable to the preparation of interim financial statements including IAS 34, Interim Financial Reporting. These condensed interim consolidated financial statements do not include all the information and disclosures required in the annual financial statements, and should be read in conjunction with Concordia's annual consolidated financial statements as at and for the year ended December 31, 2015 .

The condensed interim consolidated financial statements are prepared in accordance with the accounting policies as set out in the Company's annual consolidated financial statements as at December 31, 2015 , prepared in accordance with IFRS. The presentation of these condensed interim consolidated financial statements is consistent with those annual consolidated financial statements.

The condensed interim consolidated financial statements are prepared on a going concern basis and have been presented in U.S. dollars, which is also the Company's functional currency.

(b) Future accounting changes

The International Accounting Standards Board h as not issued any significant new accounting standards that impact the Company since the standards described in the most recent annual financial statements for the year ended December 31, 2015 .

The Company is assessing the material standards described in the annual financial statements, which include IFRS 15, "Revenue from Contracts with Customers", IFRS 9, "Financial Instruments", IFRS 7, "Financial Instruments Disclosures", and IFRS 16, "Leases" all of which have an effective implementation date beginning on, or after, January 1, 2018.

The Company continues to monitor changes to IFRS, including the amendments to IAS 1, "Presentation of Financial Statements", and has implemented applicable IASB changes to standards, new interpretations and annual improvements, none of which had an impact on these condensed interim consolidated financial statements.

(c) Prior Period Presentation

Certain prior period balances have been re-classified to conform with the current period presentation.

### 3. Critical Accounting Estimates and Judgments and Key Sources of Estimation Uncertainty

The preparation of interim financial statements requires management to make a number of judgments, estimates and assumptions regarding recognition and measurement of assets, liabilities, income and expenses. Actual results may differ from these estimates.

In preparing these condensed interim consolidated financial statements, the significant judgements made by management in applying the group policies and the key sources of estimation uncertainty were the same as those applied to the consolidated financial statements for the year ended December 31, 2015 .

### 4. Acquisitions

<u>The AMCo Transaction</u>

On October 21, 2015 (the " **AMCo Closing Date** ") the Company, through a wholly owned subsidiary, completed the acquisition of 100% of the outstanding shares of AMCo (the " **AMCo Acquisition** ") from Cinven, a European private equity firm, and certain other sellers (collectively the " **Vendors** ").

The AMCo Acquisition was completed for cash consideration of approximately £800 million (with a value at closing of $1.24 billion), 8.49 million common shares of the Company (with a value at closing of $230.8 million) and daily interest on the total cash consideration, that accrued from June 30, 2015 to October 21, 2015 (with a value at closing of $47.7 million). In addition the Company will pay to the Vendors a maximum cash earn-out of £144 million (with a value at closing of $206.5 million) based on AMCo's future gross profit over a period of 12 months from October 1, 2015. The Company has an option, which can be exercised by it prior to September 30, 2016, to defer the payment of one-half of this earn-out to February 1, 2017, which deferred amount would accrue interest daily at a rate of 8% per annum.

The purchase price allocation for AMCo is not final as the Company is in the process of concluding on the valuation of intangible assets obtained from this acquisition, including the evaluation of currently in process research and development projects.

*Fair Value of Consideration Transferred*

| | |
|---|---|
| Cash purchase consideration paid | 2,683,260 |
| Common shares (8.49 million) | 230,843 |
| Purchase consideration payable | 206,490 |
| **Total Consideration** | 3,120,593 |
| | |
| Adjusted for the following: | |
| Discharge of AMCo long-term debt | (1,396,434) |
| Discharge of other transaction liabilities | (89,700) |
| Cash assumed on acquisition | (76,100) |
| **Total** | 1,558,359 |

*Assets Acquired and Liabilities Assumed*

The transaction has been accounted for as a business combination under the acquisition method of accounting. The following table summarizes the estimated fair values of the assets acquired and liabilities assumed as of the acquisition date.

| | Amounts Recognized as of the Acquisition Date (a) |
|---|---|
| Accounts receivable (b) | 114,309 |
| Inventory (c) | 105,235 |
| Prepaid expenses and other current assets | 6,234 |
| Fixed assets | 4,087 |
| Intangible assets (d) | 2,499,171 |
| Deferred income tax assets | 319 |
| Accounts payable | (29,144) |
| Accrued liabilities | (67,530) |
| Provisions | (5,899) |
| Current income taxes payable | (36,467) |
| Contingent consideration payable (e) | (68,984) |
| Deferred income tax liabilities (f) | (310,431) |
| Long-term debt | (1,396,434) |
| Other transaction liabilities | (89,700) |
| Total identifiable net assets | 724,766 |
| Goodwill (g) | 833,593 |
| Total fair value of consideration transferred | 1,558,359 |

(a)  There have been no measurement period adjustments since the date of acquisition through to March 31, 2016

(b)  The fair value of trade accounts receivable acquired was $114,309, with the gross contractual amount being $114,865, of which the Company has established an initial reserve of $566 in respect of amounts which may be uncollectible.

(c)  Includes a fair value increase to inventory of $41,951,whereby the entire amount has been recorded in cost of sales by March 31, 2016. An amount of $18,643 has been recorded in cost of sales during the three months ended March 31, 2016.

(d)  The following table summarizes the amounts and useful lives assigned to identifiable intangible assets:

| | Weighted-Average Useful Lives (Years) | Amounts Recognized as of the Acquisition Date |
|---|---|---|
| Acquired product rights and manufacturing process | 20 | 2,019,769 |
| Distribution contracts | 5 | 35,340 |
| Supplier contracts | 5 | 135,429 |
| In-process research and development | No amortization | 307,540 |
| Other intangible assets | 3-5 | 1,093 |
| Total identifiable intangible assets acquired | | 2,499,171 |

(e) The Company assumed contingent consideration payable of $68,984, which included the earn-out on the acquisitions previously completed by AMCo.

(f) Deferred income tax liabilities have been recognized in connection with intangible assets and inventory using the substantively enacted tax rates at which the temporary differences were expected to be realized as of the AMCo Closing Date.

(g) The balance of goodwill, which to date, has been allocated to the Concordia International segment, is the difference between the acquisition date fair value of the consideration transferred and the values assigned to the assets acquired and liabilities assumed. None of the goodwill is expected to be deductible for tax purposes. The goodwill recorded represents the following:

  • cost savings and operating synergies expected to result from combining the operations of AMCo with those of the Company;

  • the value of the continuing operations of AMCo's existing business (that is, the higher rate of return on the assembled net assets versus if the Company had acquired all of the net assets separately); and

  • intangible assets that do not qualify for separate recognition.

The Covis Transaction

On April 21, 2015, the Company, through its subsidiary CPI, completed the acquisition of substantially all of the commercial assets of Covis Pharma S.à r.l and Covis Injectables S.à r.l (collectively, " **Covis** ") for $1.2 billion in cash (the " **Covis Acquisition** ") pursuant to the terms of an asset purchase agreement (the " **Covis Purchase Agreement** "). The drug portfolio acquired from Covis (the " **Covis Portfolio** ") consists of a portfolio of products, comprised of branded products and authorized generic contracts, that address medical conditions in various therapeutic areas including cardiovascular, central nervous system, oncology and acute care markets.

The allocation of total consideration was allocated to assets acquired and adjusted to final as follows. There were no measurement period adjustments in the first quarter of 2016.

*Fair Value of Consideration Transferred*

| | |
|---|---|
| Cash | 1,200,000 |
| Total Consideration | 1,200,000 |

*Assets Acquired and Liabilities Assumed*

| | Amounts Recognized as of Acquisition Date | Measurement Period Adjustments (a) | Amount Recogized as of March 31, 2016 (as adjusted) |
|---|---|---|---|
| Inventory | 6,424 | 10,698 | 17,122 |
| Accounts receivable | 616 | (566) | 50 |
| Accrued liabilities | (422) | (100) | (522) |
| Contingent liability | (7,191) | 7,191 | — |
| Deferred tax liability | (3,340) | (888) | (4,228) |
| Acquired product rights | 1,195,560 | (10,660) | 1,184,900 |
| Total identifiable net assets | 1,191,647 | 5,675 | 1,197,322 |
| Goodwill | 8,353 | (5,675) | 2,678 |
| Total fair value of consideration transferred | 1,200,000 | — | 1,200,000 |

(a) The measurement period adjustments were made to reflect facts and circumstances existing as of the acquisition date, and did not result from intervening events subsequent to the acquisition date. These adjustments did not have a significant impact on the Company's previously reported consolidated financial statements. During the measurement period, the Company recorded certain adjustments to the purchase price allocation including a decrease to acquired product rights of $10,660, an increase to the deferred tax liability of $888, an increase in accrued liabilities of $100, a decrease to contingent liability of $7,191, and a decrease to accounts receivable of $566. In addition the Company recorded a fair value increase of $10,698 to inventory in the measurement period, which entire amount had subsequently been recorded in cost of sales during the year ended December 31, 2015. As a result of all of the above, goodwill was decreased by $5,675.

The total amount of goodwill of $2,678 is calculated as the difference between the fair value of consideration transferred and the fair value of the assets acquired and liabilities assumed. Goodwill is primarily attributable to the benefits associated with the group of products acquired and the corresponding projected future cash flows to be earned.

On October 5, 2015, CPI sold its rights to three injectable products, Fortaz®, Zantac® and Zinacef®, which were acquired in the Covis Acquisition, for total consideration of approximately $10 million plus $1 million for purchased inventory.

### 5. Accounts Receivable

| As at | Mar 31, 2016 | Dec 31, 2015 |
|---|---|---|
| Accounts Receivable | 242,955 | 199,412 |
| Allowance for Doubtful Accounts | (6,132) | (6,218) |
| Total | 236,823 | 193,194 |

Bad debt write-offs of $ 33 were recorded during the three month period ended March 31, 2016 ( 2015 - $ 118 ).

### 6. Inventory

| As at | Mar 31, 2016 | Dec 31, 2015 |
|---|---|---|
| Finished goods | 70,029 $ | 89,352 |
| Raw materials | 23,210 | 20,444 |
| Work in process | 11,278 | 7,753 |
| Obsolescence reserve | (18,374) | (16,936) |
| Total | 86,143 | 100,613 |

Inventory costs charged to cost of sales during the three month period ended March 31, 2016 were $ 40,087 ( 2015 - $2,685 ) which includes $ 18,643 ( 2015 - $ nil ) of non-cash fair value adjustments related to inventories acquired through the AMCo Acquisition. As at March 31, 2016 all fair value adjustments recorded as part of acquired inventories have been released. The Company increased its reserve for obsolete inventory to $ 18,374 during the period. There were no inventory write-downs charged to cost of sales during the three month period ended March 31, 2016 ( 2015 - $ nil ).

### 7. Intangible Assets

| | |
|---|---:|
| As at January 1, 2016 | 3,961,742 |
| Additions | 2,559 |
| Amortization | (46,595) |
| Impact of foreign exchange | (70,181) |
| As at March 31, 2016 | 3,847,525 |

Additions of $2,559 for the three months ended March 31, 2016 were related to in-process research and development.

### 8. Goodwill

| | |
|---|---:|
| As at January 1, 2016 | 824,529 |
| Impact of foreign exchange | (18,835) |
| As at March 31, 2016 | 805,694 |

### 9. Provisions

| As at | Mar 31, 2016 | Dec 31, 2015 |
|---|---:|---:|
| Chargebacks/Medicaid/Co-pay | 20,896 | 20,880 |
| Returns | 6,110 | 7,538 |
| Inventory management | 4,476 | 3,495 |
| Prompt pay | 1,170 | 816 |
| Closing Balance | 32,652 | 32,729 |

The closing balance relates to provisions made to estimate the liabilities arising from chargebacks, returns, rebates, co-pay and other price adjustments. Although these estimates and provisions relate to revenue recognition transactions, namely the sales of products, the payments made for the underlying transactions are made directly to the claimants concerned and not to the original customer. Payments are expected within 12 months from the balance sheet date. Invoices received for such charges and estimates are shown in the accounts payable when received. The provision is for the uninvoiced portion of the charges and estimates.

The following table describes movements in the Company's provisions balance by nature of provision:

| | Chargebacks/Medicaid/ Co-pay | Returns | Inventory management | Prompt pay | Total |
|---|---:|---:|---:|---:|---:|
| As at January 1, 2016 | 20,880 | 7,538 | 3,495 | 816 | 32,729 |
| Additions | 37,751 | 4,222 | 6,422 | 1,975 | 50,370 |
| Utilization | (37,735) | (5,650) | (5,441) | (1,621) | (50,447) |
| As at March 31, 2016 | 20,896 | 6,110 | 4,476 | 1,170 | 32,652 |

### 10. Income Taxes

There have been no material changes to tax matters in connection with reporting periods prior to the Company's annual financial statements for the year ended December 31, 2015. Refer to the 'Income Taxes'

# Concordia Healthcare Corp.
## Notes to Condensed Interim Consolidated Financial Statements
(Stated in thousands of U.S. Dollars, except per share amounts and where otherwise stated)

note in the Company's annual financial statements for the year ended December 31, 2015 for a full description of the Company's tax matters.

The Company is subject to income tax in numerous jurisdictions with varying tax rates. There was no material change to the statutory tax rates in the taxing jurisdictions where the majority of the Company's income for tax purposes was earned or where its temporary differences or losses are expected to be realized or settled.

The Company continues to believe the amount of unrealized tax benefits appropriately reflects the uncertainty of items that are or may in the future be under discussion, audit, dispute or appeal with a tax authority or which otherwise result in uncertainty in the determination of income for tax purposes. If appropriate, an unrealized tax benefit will be realized in the reporting period in which the Company determines that realization is not in doubt. Where the final determined outcome is different from the Company's estimate, such difference will impact the Company's income taxes in the reporting period during which such determination is made.

## 11. Long-term Debt

| As at | Mar 31, 2016 | Dec 31, 2015 |
|---|---|---|
| Term Loan Facilities (a) | | |
| - USD term loan | 1,027,657 | 1,026,977 |
| - GBP term loan | 685,485 | 703,214 |
| - Revolver | — | — |
| Bridge Facilities (b) | 117,594 | 117,035 |
| 9.5% Senior Notes (c) | 764,939 | 764,342 |
| 7% Senior Notes (d) | 710,407 | 709,758 |
| Carrying value | 3,306,082 | 3,321,326 |
| Less: current portion | (25,774) | (18,745) |
| Long-term portion | 3,280,308 | 3,302,581 |

(a) On the AMCo Closing Date, the Company completed the AMCo Acquisition as discussed in note 4. To finance the AMCo Acquisition, the Company entered into a credit agreement (the " **AMCo Credit Agreement"** ) on October 21, 2015 pursuant to which a syndicate of lenders made available secured term loans in the aggregate amounts of $1.1 billion in one tranche (the " **USD Term Loan** ") and £500 million in a separate tranche (the " **GBP Term Loan** ", and together with the USD Term Loan, the " **Term Loans** "). In addition, the AMCo Credit Agreement provides for, and made available to the Company, a secured revolving loan up to $200 million that has not been drawn to date, that matures in October 2020. All obligations of the Company under the Term Loans are guaranteed by all current and future material subsidiaries of the Company and include security of first priority interests in the assets of the Company and its material subsidiaries. The Term Loans mature on October 21, 2021, have variable interest rates and require quarterly principal repayments that commenced in 2016. In addition commencing in 2017, the Term Loans may require certain repayments calculated by reference to the Company's excess cash flow as defined in the AMCo Credit Agreement, calculated annually in respect of the prior year. Interest rates on the Term Loans are calculated based on LIBOR plus applicable margins, with a LIBOR floor of 1%. Interest expense on the Term Loans for the three month period ended March 31, 2016 was $ 25,465 . The Company made principal payments of $2,750 and £1,250 to the USD Term Loan and GBP Term Loan, respectively, in the first quarter of 2016.

(b) On the AMCo Closing Date a syndicate of lenders also provided the Company with a senior unsecured equity bridge term loan facility of $135 million (the " **Extended Bridge Loans** ") and a senior unsecured equity bridge term loan facility of $45 million (the " **Equity Bridge Loans** " and together with the Extended

Bridge Loans, the " **Bridge Facilities** "). All obligations of the Company under the Bridge Facilities, subject to certain customary exceptions, are guaranteed by all material subsidiaries of the Company. The Extended Bridge Loans have a seven year term to maturity and an interest rate of 9.5% for two years. If the Extended Bridge Loans are not repaid on or prior to October 21, 2017, the interest rate will increase to 11.5% and the lenders holding the Extended Bridge Loans will have the right to convert the Extended Bridge Loans into a five-year bond with an interest rate of 11.5%. The Equity Bridge Loans have a two year term to maturity and an interest rate of 9.5%. The Bridge Facilities can be repaid in full or in part at any time. In the first quarter of 2016, the Company made a principal payment of $556 on the Bridge Facilities which was allocated pro rata between the outstanding principal amounts of the Bridge Facilities. Interest expenses on the Bridge Facilities for the three month period ended March 31, 2016 was $ 3,235 .

(c) On the AMCo Closing Date, the Company issued at par $790 million 9.5% senior unsecured notes due October 21, 2022 (the " **October 2015 Notes** "). The October 2015 Notes require no payment of principal throughout their term. Interest on the October 2015 Notes is payable semi-annually on June 15th and December 15th of each year. Interest expense on the October 2015 Notes for the three month period ended March 31, 2016 was $ 18,971 .

(d) In connection with the Covis Acquisition on April 21, 2015, the Company issued at par $735 million 7.00% senior unsecured notes due April 21, 2023 (the " **Covis Notes** "). The Covis Notes require no payment of principal throughout their term. Interest on the Covis Notes is payable semi-annually on April 15th and October 15th of each year. Interest on the Covis Notes for the three month period ended March 31, 2016 was $ 12,792 .

The Company was in compliance with its financial maintenance covenants which exist as part of the Term Loans as at, and for the three month period ended March 31, 2016 .

The fair value of long-term debt as at March 31, 2016 was $3,243 million.

*Interest expense*

| | Three months ended | |
| --- | --- | --- |
| | Mar 31, 2016 | Mar 31, 2015 |
| Interest expense payable in cash | 60,463 | 2,456 |
| Non-cash items: | | |
| Accretion of deferred financing fees | 7,571 | — |
| Accelerated accretion of deferred financing fees | — | 5,815 |
| Other | 307 | 207 |
| Interest expense | 68,341 | 8,478 |

## 12. Share Capital
The Company is authorized to issue an unlimited number of common shares.

| | Number of Common Shares | $ |
| --- | --- | --- |
| Balances as at January 1, 2016 | 50,994,397 | 1,274,472 |
| Exercise of stock options | 12,500 | 173 |
| Vesting of RSUs | 8,975 | 475 |
| Balances as at March 31, 2016 | 51,015,872 | 1,275,120 |

The Company's board of directors declared a dividend payment of $3,826 (2015 - $2,166) on March 26, 2016, with a payment date of April 29, 2016.

## 13. Earnings (Loss) Per Share

|  | Mar 31, 2016 | Mar 31, 2015 |
|---|---|---|
| Net Income (loss) from continuing operations for the period attributable to shareholders | (4,801) | 3,786 |
|  |  |  |
| Weighted average number of ordinary shares in issue | 51,009,511 | 28,871,869 |
| Adjustments for: |  |  |
| Dilutive stock options and agent warrants | 490,030 | 1,713,082 |
| Dilutive unvested shares | 262,840 | — |
| Weighted average number of fully diluted shares | 51,762,381 | 30,584,951 |
|  |  |  |
| **Earnings (loss) per share, from continuing operations** |  |  |
| Basic earnings (loss) per share | (0.09) | 0.13 |
| Diluted earnings (loss) per share | (0.09) | 0.12 |
|  |  |  |
| **Earnings (loss) per share, including discontinuing operations** |  |  |
| Basic earnings (loss) per share | (0.10) | 0.20 |
| Diluted earnings (loss) per share | (0.10) | 0.19 |

## 14. Share Based Compensation
*Employee Stock Option Plan*

The Company has an incentive stock option plan that permits it to grant options to acquire common shares to its directors, officers, employees, and others.

As at March 31, 2016 , 402,716 stock options ( December 31, 2015 – 471,466) were available for grant under the stock option plan.

Information with respect to stock option transactions for the period ended March 31, 2016 is as follows:

|  | Number of Stock Options | Weighted Average Exercise Price |
|---|---|---|
| Balance, January 1, 2016 | 2,403,985 | $ 37.07 |
| Granted during the period | 152,500 | 25.06 |
| Cancelled during the period | (83,750) | 34.23 |
| Exercised during the period | (12,500) | 10.32 |
| Balance, March 31, 2016 | 2,460,235 | $ 36.55 |
|  |  |  |
| Weighted-average exercise price of options exerciseable as at March 31, 2016 | | $ 12.64 |

The Black-Scholes model was used to compute option values. Key assumptions used to value the grants during the period are set forth in the table below:

| | |
|---|---|
| Number of options granted | 152,500 |
| Market price | 24.32 - 26.43 |
| Fair value of options granted | 12.63 - 13.81 |
| | |
| Assumptions: | |
| Risk-Free Interest Rate | 1.38% |
| Expected Life | 5 |
| Volatility | 66% |

Exercise price for each of the stock options issued agreed to the market prices at the date of grant.

Volatility for options granted is derived from historical trading prices .

All the stock options issued have different vesting terms ranging from immediate vesting to vesting over a period of 3 years. Contract terms of options issued range and have a life of 7-10 years.

For the three months ended March 31, 2016 , the total compensation charged against income with respect to all stock options granted was $ 6,248 ( 2015 – $ 897 ).

For the options exercised during the three months ended March 31, 2016 , the weighted average market price on the date of exercise was $ 30.04 .

As at March 31, 2016 outstanding stock options were as follows:

| Year of Expiry | Exercise Price | Number of Stock Options | Exercisable |
|---|---|---|---|
| 2022 | 35.29 | 956,500 | — |
| 2023 | 3.00-25.28 | 265,000 | 106,250 |
| 2024 | 4.52-24.78 | 576,500 | 335,250 |
| 2025 | 31.78-74.12 | 662,235 | 10,000 |
| | | 2,460,235 | 451,500 |

*Long-Term Incentive Plan*

The Company has a long-term incentive plan (" **LTIP** ") as disclosed in the December 31, 2015 annual financial statements. Under the terms of the LTIP, the Board of Directors may grant units (" **Units** "), which may be either Restricted Share Units (" **RSU's** ") or Deferred Share Units (" **DSU's** ") to officers, directors, employees or consultants of the Company. Each unit represents the right to receive one common share in accordance with the terms of the LTIP.

During the period the Company authorized for issuance under the LTIP a total of 423,929 RSUs with market prices between $26.43 and $29.92 with vesting terms over 3 years.

The Company authorized for issuance a total of 1,027,803 performance based RSUs on January 7, 2016 and March 24, 2016 with market prices on the date of authorization of $37.07 and $26.43 respectively. The vesting terms and conditions have not yet been determined by the Company's board of directors and the board has reserved the right to reduce the number of these performance based RSUs prior to the finalization of vesting terms and conditions.  Given these circumstances the Company has determined that as of March 31, 2016 there is no shared understanding of the terms and conditions of the arrangement. As such, the Company

is not able to reliably estimate the fair value of these awards, and accordingly the Company has not recorded an expense for these performance based RSUs in the three month period ended March 31, 2016.

For the three months ended March 31, 2016 , the Company recorded share based compensation expense of $ 2,109 ( 2015 - $nil) related to the RSUs accounted for on the basis that they will be equity-settled, with a corresponding credit to shareholders' equity.

Certain Performance Based RSU's are subject to non-market based performance conditions. As at March 31, 2016 the Company assessed the actual and forecasted performance underlying the outstanding Performance Based RSU's. No vesting or expense has been recorded with respect to these Performance Based RSU's during the period.

The Company's outstanding RSUs are as follows:

|  | Number of RSUs |
|---|---|
| Balance, January 1, 2016 | 220,164 |
| Issued during the period | 1,451,732 |
| Vested during the period | (8,975) |
| Balance, March 31, 2016 | 1,662,921 |

### 15. Related Party Transactions

The Company had the following related party transactions during the three month periods ended March 31, 2016 and 2015 :

|  | Three months ended | |
|---|---|---|
|  | Mar 31, 2016 | Mar 31, 2015 |
| Legal fees paid or payable to a firm affiliated with a director | 30 | 4 |
|  | 30 | 4 |

Legal fees include professional services for advice relating to intellectual property matters. As at February 9, 2016, the firm affiliated with the director ceased providing legal services to the Company, apart from clerical and administrative work related to the transfer of files.

### 16. Commitments and Contingencies

Lease Commitments

The Company has operating leases relating to rental commitments for its international office locations, an aircraft lease and computer and electronic equipment leases. The leases typically run for a period of months up to five years.

The below table sets forth the Company's obligations under operating leases:

|  | Minimum Lease Payments |
|---|---|
| 2016 | 2,607 |
| 2017 | 3,381 |
| 2018 | 3,157 |
| 2019 | 2,586 |
| 2020 | 403 |
| Thereafter | 322 |
|  | 12,456 |

Guarantees

All directors and officers of the Company are indemnified by the Company for various items including, but not limited to, all costs to defend lawsuits or actions due to their association with the Company, subject to certain restrictions. The Company has purchased directors' and officers' liability insurance to mitigate the cost of any potential future lawsuits or actions.

In the normal course of business, the Company has entered into agreements that include indemnities in favour of third parties, such as purchase and sale agreements, confidentiality agreements, engagement letters with advisors and consultants, leasing contracts, license agreements, information technology agreements and various product, service, data hosting and network access agreements. These indemnification arrangements may require the applicable Concordia entity to compensate counterparties for losses incurred by the counterparties as a result of breaches in representations, covenants and warranties provided by the particular Concordia entity or as a result of litigation or other third party claims or statutory sanctions that may be suffered by the counterparties as a consequence of the relevant transaction.

In connection with the acquisition of Zonegran®, the Company guaranteed the payment, performance and discharge of CPI's payment and indemnification obligations under the asset purchase agreement and each ancillary agreement entered into by CPI in connection therewith that contained payment or indemnification obligations. Pursuant to the Covis Purchase Agreement (see note 4) the Company guaranteed the payments due by CPI of CPI's obligations under the Covis Purchase Agreement. Pursuant to the share purchase agreement entered into by the Company in connection with the AMCo Acquisition, the Company guaranteed the obligations of the purchaser under the agreement and related transaction documents.

Litigation and Arbitration

In the normal course of business the Company may be the subject of litigation claims.

On July 13, 2015, a former financial advisor to the Company commenced an arbitration with the American Arbitration Association against the Company in respect of amounts that the financial advisor believes are owing to it in connection with the acquisition by CPI of the Covis Portfolio under the terms of a previous engagement letter with the financial advisor. The amount claimed is $12.3 million. On October 23, 2015, the Company received an invoice from this former financial advisor in the amount of approximately $26 million, with respect to the Company's acquisition of AMCo on October 21, 2015. On November 2, 2015, the financial advisor amended its statement of claim, claiming that it is entitled to the invoiced amount in respect of the Company's acquisition of AMCo. The Company disputes that these amounts are owing and intends to vigorously defend this matter.

## 17. Financial Risk Management

The Company's activities expose it to certain financial risks, including currency risk, interest rate risk, credit risk and liquidity risk.

# Concordia Healthcare Corp.
## Notes to Condensed Interim Consolidated Financial Statements
(Stated in thousands of U.S. Dollars, except per share amounts and where otherwise stated)

The unaudited condensed interim financial statements do not include all financial risk management information and disclosures required in the annual financial statements, and therefore should be read in conjunction with the Company's annual financial statements as at and for the year ended December 31, 2015 .

<u>Currency Risk</u>

The Company operates primarily in United States dollars (USD), GBP Sterling and Euro. Foreign exchange risk arises from future commercial transactions, recognized assets and liabilities and net investments in foreign operations.

The table below shows the extent to which Company has monetary assets (liabilities) in currencies other than the functional currency of the Company.

| As at<br>Amounts in USD | Mar 31, 2016 | Dec 31, 2015 |
|---|---|---|
| GBP Sterling | 165,284 | 145,152 |
| Euro | 14,768 | 12,998 |
| Indian Rupepes | 11,401 | 12,083 |
| Canadian Dollars | (998) | (2,082) |
| Other | 29,918 | 25,679 |
| Total | 220,373 | 193,830 |

<u>Interest Rate Risk</u>

The long term debt which bears interest at floating rates is subject to interest rate cash flow risk resulting from market fluctuations in interest rates. Contingent consideration payable and notes payable bear interest at a fixed rate of interest, and as such are subject to interest rate price risk resulting from changes in fair value from market fluctuations in interest rates. A 1% appreciation (depreciation) in the interest rate would result in the following:

| | Three months ended | |
|---|---|---|
| | Mar 31, 2016 | Mar 31, 2015 |
| Impact of a 1% increase in interest rates for contingent purchase consideration payable on net income | (2,740) | (180) |
| Impact of a 1% decrease in interest rates for contingent purchase consideration payable on net income | 2,858 | 170 |
| Impact of a 1% increase in interest rates above LIBOR floor for long-term debt on net income | (4,592) | (877) |
| Impact of a 1% decrease in interest rates for long-term debt on net income | — | 877 |

<u>Credit Risk</u>

The Company's investment policies are designed to mitigate the possibility of deterioration of principal, enhance the Company's ability to meet its liquidity needs and provide high returns within those parameters. Management monitors the collectability of accounts receivable and estimates an allowance for doubtful accounts. As at March 31, 2016 , the allowance for doubtful accounts was $6,132 ( December 31, 2015 – $6,218).

Concentrations of credit risk

Financial instruments that potentially subject the Company to significant concentrations of credit risk primarily consist of accounts receivable.

The Company evaluates the recoverability of its accounts receivable on an on-going basis. As of March 31, 2016 the Company's three largest U.S. wholesale customers account for approximately 63% of net trade receivables within the Concordia North America segment with a total net accounts receivable balance of $107 million. The Company does not consider there to be additional concentration risk within the Concordia International or Orphan Drugs segments.

Liquidity Risk

The Company has a planning and budgeting process in place to help determine the funds required to support the Company's normal operating requirements on an ongoing basis. Since inception, the Company has financed its cash requirements primarily through issuances of securities, short-term borrowings and issuances of long-term debt. The Company controls liquidity risk through management of working capital, cash flows and the availability and sourcing of financing.

The following tables summarize the Company's significant contractual undiscounted cash flows as at March 31, 2016 :

| As at | | | | | | | Mar 31, 2016 |
|---|---|---|---|---|---|---|---|
| Financial Instruments | < 3 months | 3 to 6 months | 6 months to 1 year | 1 to 2 years | 2 to 5 years | Thereafter | Total |
| Accounts payable and accrued liabilities | 187,220 | — | — | — | — | — | 187,220 |
| Provisions | 22,842 | 6,777 | 3,033 | — | — | — | 32,652 |
| Taxes payable | 47,388 | — | — | — | — | — | 47,388 |
| Current portion of long-term debt | 4,686 | 4,686 | 16,402 | — | — | — | 25,774 |
| Long-term debt (a) | — | — | — | 231,906 | 838,384 | 2,433,193 | 3,503,483 |
| Interest on long-term debt | 61,271 | 61,877 | 122,353 | 242,349 | 648,404 | 304,067 | 1,440,321 |
| Current portion of purchase consideration payable | 578 | 32,389 | 217,931 | — | — | — | 250,898 |
| Purchase consideration payable | — | — | — | 5,011 | 12,293 | 36,983 | 54,287 |
| | 323,985 | 105,729 | 359,719 | 479,266 | 1,499,081 | 2,774,243 | 5,542,023 |

(a) Long-term debt cash flows include an estimate of the minimum required annual excess cash flow sweep (refer to note 11 (a)).

## 18. Financial Instruments – Fair Value Estimation

Accounting classifications and fair values

The fair value of a financial asset or liability is the amount at which the instrument could be exchanged in a current transaction between willing parties, other than in a forced or liquidation sale. For the financial assets and liabilities of the Company, the fair values have been estimated as described below:

Cash        - approximates to the carrying amount;

Long-term debt        - mainly approximates to the carrying amount in the case of floating interest rates;

Receivables and payables        - approximates to the carrying amount

The following table presents the fair value of financial assets and financial liabilities, including their levels in the fair value hierarchy:

# Concordia Healthcare Corp.
## Notes to Condensed Interim Consolidated Financial Statements
(Stated in thousands of U.S. Dollars, except per share amounts and where otherwise stated)

| As at | Level 1 | Level 2 | Level 3 | Mar 31, 2016 Total |
|---|---|---|---|---|
| **Financial liabilities measured at fair value through profit or loss** | | | | |
| Purchase consideration | — | — | 268,816 | 268,816 |
| | — | — | 268,816 | 268,816 |

| As at | Level 1 | Level 2 | Level 3 | Dec 31, 2015 Total |
|---|---|---|---|---|
| **Financial liabilities measured at fair value through profit or loss** | | | | |
| Purchase consideration | — | — | 287,538 | 287,538 |
| | — | — | 287,538 | 287,538 |

The current portion of purchase consideration as at March 31, 2016 is $239,995 ( December 31, 2015 : $253,600).

Measurement of fair values

The following table presents the valuation techniques used in measuring Level 2 and Level 3 fair values, as well as the significant unobservable inputs used:

| Type | Valuation technique | Significant unobservable inputs | Inter-relationship between significant unobservable inputs and fair value measurements |
|---|---|---|---|
| Due to former owners of AMCo | As part of the consideration for the acquisition of AMCo, the Company is obligated to pay the Vendors of AMCo a maximum cash earn-out of £144 million based on AMCo's future gross profit over a period of 12 months from October 1, 2015 to September 30, 2016. Discounted cash flows: The value model considers the present value of expected payment, discounted using a risk adjusted discount rate. | Gross profit threshold for 12 months ending September 30, 2016, subject to a cap of £144 million. Risk adjusted discount rate. | The estimated fair value would decrease if the annual gross profit growth rates were lower. The estimated fair value would increase/decrease if market representative interest rate was higher/(lower). |

| | | | |
|---|---|---|---|
| Due to former owners of Pinnacle Biologies Inc. (" **Pinnacle** ") | As part of the consideration for the acquisition of Pinnacle, the Company is obligated to pay additional payments of up to $5,000 based on the achievement of certain milestones related to clinical trials. The Company is also obligated to pay additional earn-out payments equal to 15% of worldwide sales of Photofrin® in excess of $25,000 over the 10 calendar years following the Company's acquisition of Pinnacle. Discounted cash flows: The value model considers the present value of expected payment, discounted using a risk – adjusted discount rate. The expected payment is determined by considering the possible scenarios of trial results, sales thresholds, and the amount to be paid under each scenario and the probability of each scenario. | 15% of worldwide sales of Photofrin® in excess of $25,000 over the 10 calendar years. Risk adjusted discount rate. | The estimated fair value would decrease if the annual gross profit growth rates were lower. The estimated fair value would increase/decrease if market representative interest rate was higher/(lower). |
| Due to former owners of Pinnacle (non-contingent) | As part of the consideration for the acquisition of Pinnacle, the Company is obligated to make 10 annual payments of $1,000, with the first payment made on December 31, 2014. The obligation is subordinated and is not subject to interest. The obligation has been recorded at the present value of required payments with a risk adjusted discount rate. | Risk adjusted discount rate. | The estimated fair value would increase/(decrease) if market representative interest rate was higher/(lower). |
| Focus purchase consideration | The Company assumed the Focus purchase consideration on the acquisition of AMCo. Discounted cash flows: The valuation model considers the present value of expected payment, discounted using a risk -adjusted discount rate. The expected payment is determined by considering the possible scenarios of gross profit threshold, receiving market authorisations and ensuring continuity of supply of the products, the amount to be paid under each scenario and the probability of each scenario. | Gross profit thresholds for 12 months ending December 2015 and 2016, subject to a cap of £7 million and £4 million respectively.<br><br>Risk adjusted discount rate. Purchase consideration of £2 million and £12.4 million paid in January 2016 and March 2016 which reduced the fair value. | The estimated fair value would decrease if the annual gross profit growth rates were lower. The estimated fair value would increase/decrease if market representative interest rate was higher/(lower). |
| Boucher & Muir purchase consideration | The Company assumed the Boucher & Muir purchase contingent consideration on the acquisition of AMCo. Discounted cash flows: The valuation model considers the present value of expected payment, discounted using a risk -adjusted discount rate. The expected payment is determined by considering the possible scenarios of EBITDA threshold, the amount to be paid under each scenario and the probability of each scenario. | EBITDA thresholds for 12 months ending June 2016 and 2017, subject to a cap of Australian Dollar 3 million per year.<br><br>Risk adjusted discount rate. | The estimated fair value would decrease if: the EBITDA amounts were lower. The estimated fair value would increase/decrease if market representative interest rate was higher/(lower). |

| Primegen purchase consideration | The Company assumed the Primegen purchase contingent consideration on the acquisition of AMCo. Discounted cash flows: The valuation model considers the present value of expected payment, discounted using a risk -adjusted discount rate. The expected payment is determined by considering the possible scenarios of receiving market authorisations and ensuring continuity of supply of the products, the amount to be paid under each scenario and the probability of each scenario. | Certain revenue thresholds for 12 months ending June 2016 subject to a cap of £10 million and marketing authorisations being granted.<br><br>Risk adjusted discount rate. | The estimated fair value would decrease if: the annual revenue growth rates were lower and marketing authorisations are not granted. The estimated fair value would increase/decrease if market representative interest rate was higher/(lower). |

Reconciliation of Level 3 fair values

The following table presents movement from the opening balance to the closing balances for Level 3 fair values:

|  | Purchase consideration |
|---|---|
| Balance as at January 1, 2016 | 292,942 |
| Paid during the period | (22,079) |
| Recognized in consolidated statement of income (loss) | 3,486 |
| Balance as at March 31, 2016 | 274,349 |

## 19. Capital Management

The Company's capital management objectives are to safeguard its ability to provide returns for shareholders and benefits for other stakeholders, by ensuring it has sufficient cash resources to fund its activities, to pursue its commercialization efforts and to maintain its ongoing operations. The Company includes long-term debt and shareholders' equity in the definition of capital.

The below table sets forth the Company's capital structure:

| As at | Mar 31, 2016 | Dec 31, 2015 |
|---|---|---|
| Long-term debt | 3,306,082 | 3,321,326 |
| Shareholders' Equity | 1,085,990 | 1,156,208 |
|  | 4,392,072 | 4,477,534 |

## 20. Segmented Reporting

*Operating Segments*

Following the AMCo Acquisition in October 2015 the Company reorganised its reportable segments. The Company now has three reportable operating segments: Concordia North America, Concordia International and Orphan Drugs, as well as a Corporate cost centre. In December 2015, the Company discontinued the SHD Division, previously operated through CMH, which was previously accounted for as its own segment. A brief description of each is as follows:

Concordia North America

Formerly the Legacy Pharmaceuticals Division, the Concordia North America segment has a diversified product portfolio that focuses primarily on the United States pharmaceutical market. These products include, but are not limited to, Donnatal® for the treatment of irritable bowel syndrome; Zonegran® for the treatment of partial seizures in adults with epilepsy; Nilandron® for the treatment of metastatic prostate cancer; Lanoxin® for the treatment of mild to moderate heart failure and atrial fibrillation; and Plaquenil® for the treatment of lupus and rheumatoid arthritis. Concordia North America's product portfolio consists of branded-products and authorized generic contracts. The segment's products are manufactured and sold through an out-sourced production and distribution network.

Concordia International

Concordia International is comprised of the AMCo group of companies acquired by Concordia on October 21, 2015, which consists of a diversified portfolio of branded and generic products that are sold to wholesalers, hospitals and pharmacies in over 100 countries. Concordia International specializes in the acquisition, licensing and development of off-patent prescription medicines, which may be niche, hard to make products. The segment's over 190 molecules are manufactured and sold through an out-sourced manufacturing network and marketed internationally through a combination of direct sales and local distribution relationships. Concordia International mainly operates outside of the North American marketplace.

Orphan Drugs

The Company's Orphan Drugs segment is intended to provide growth opportunities through the expansion into new indications and new markets for existing or acquired orphan drugs. In its initial execution of its orphan drug strategy, the Company, through its subsidiaries, acquired the orphan drug, Photofrin® through the acquisition of Pinnacle in 2013. Today, Photofrin® is owned by CLI and is the primary focus of the Orphan Drugs segment. Photofrin® is FDA approved and has orphan drug status in respect of esophageal cancer and high-grade dysplasia in Barrett's esophagus. In addition, Photofrin® is FDA approved for the treatment of non-small cell lung cancer. Global sales (outside the United States) are through the Barbados branch of CLI. All distribution in the United States is through Pinnacle.

Corporate

Represents certain centralized costs including costs associated with the Company's head office in Canada and costs associated with being a public reporting entity.

The following table sets forth operating income (loss), change in fair value of purchase consideration, goodwill, total assets and total liabilities by reportable operating segment for the three month period ended March 31, 2016 and 2015.

# Concordia Healthcare Corp.
## Notes to Condensed Interim Consolidated Financial Statements
(Stated in thousands of U.S. Dollars, except per share amounts and where otherwise stated)

| | Concordia North America | Concordia International | Orphan Drugs | Corporate | Three month period ended March 31, 2016 |
|---|---|---|---|---|---|
| Revenue | 85,948 | 139,913 | 2,674 | — | 228,535 |
| Cost of sales | 11,313 | 56,668 | 702 | — | 68,683 |
| Gross profit | 74,635 | 83,245 | 1,972 | — | 159,852 |
| | | | | | |
| Operating expenses | | | | | |
| General and administrative | 2,341 | 6,210 | 723 | 6,193 | 15,467 |
| Selling and marketing | 4,973 | 7,448 | 892 | — | 13,313 |
| Research and development | 1,965 | 5,958 | 944 | — | 8,867 |
| Acquisitions, restructuring and other | — | 3,333 | — | 215 | 3,548 |
| Share based compensation | (59) | — | — | 8,416 | 8,357 |
| Amortization of intangible assets | 14,932 | 31,253 | 410 | — | 46,595 |
| Depreciation expense | 11 | 377 | — | 42 | 430 |
| Change in fair value of purchase consideration | — | 3,007 | 1,450 | (1,100) | 3,357 |
| Total operating expenses | 24,163 | 57,586 | 4,419 | 13,766 | 99,934 |
| | | | | | |
| Operating income (loss), continuing operations | 50,472 | 25,659 | (2,447) | (13,766) | 59,918 |

| As at | | | | | March 31, 2016 |
|---|---|---|---|---|---|
| Goodwill, continuing operations | 3,062 | 774,666 | 27,966 | — | 805,694 |
| | | | | | |
| Total assets, continuing operations | 1,705,954 | 3,370,067 | 75,732 | 39,843 | 5,191,596 |
| Total liabilities, continuing operations | 53,891 | 622,752 | 35,185 | 3,399,425 | 4,111,253 |

# Concordia Healthcare Corp.
## Notes to Condensed Interim Consolidated Financial Statements
(Stated in thousands of U.S. Dollars, except per share amounts and where otherwise stated)

| | Concordia North America | Concordia International | Orphan Drugs | Corporate | Three month period ended March 31, 2015 |
|---|---|---|---|---|---|
| Revenue | 31,033 | — | 3,080 | — | 34,113 |
| Cost of sales | 3,380 | — | 449 | — | 3,829 |
| Gross profit | 27,653 | — | 2,631 | — | 30,284 |
| **Operating expenses** | | | | | |
| General and administrative | 1,510 | — | 693 | 2,714 | 4,917 |
| Selling and marketing | 2,355 | — | 658 | — | 3,013 |
| Research and development | 1,255 | — | 1,833 | — | 3,088 |
| Share based compensation | 51 | — | — | 846 | 897 |
| Amortization of intangible assets | 4,625 | — | 410 | — | 5,035 |
| Acquisitions, restructuring and other | 437 | — | (6) | 2,423 | 2,854 |
| Depreciation expense | 11 | — | 21 | 10 | 42 |
| Change in fair value of purchase consideration | — | — | 633 | — | 633 |
| Total operating expenses | 10,244 | — | 4,242 | 5,993 | 20,479 |
| Operating income (loss), continuing operations | 17,409 | — | (1,611) | (5,993) | 9,805 |
| **As at** | | | | | **March 31, 2015** |
| Goodwill, continuing operations | 385 | — | 27,951 | — | 28,336 |
| Total assets, continuing operations | 479,911 | — | 72,890 | 14,562 | 567,363 |
| Total liabilities, continuing operations | 28,762 | — | 25,796 | 260,933 | 315,491 |

*Geographic Segments*

The Company has major operations in Barbados, Canada, United States, and United Kingdom.

The following table sets forth revenue by geographic location (excluding inter-company transactions):

# Concordia Healthcare Corp.
## Notes to Condensed Interim Consolidated Financial Statements
(Stated in thousands of U.S. Dollars, except per share amounts and where otherwise stated)

| For the three month period ended | | | | | | Mar 31, 2016 |
|---|---|---|---|---|---|---|
| | Barbados | Canada | United States | United Kingdom | All other countries | Total |
| Revenue | 85,948 | 562 | 2,674 | 99,095 | 40,256 | **228,535** |

| For the three month period ended | | | | | | Mar 31, 2015 |
|---|---|---|---|---|---|---|
| | Barbados | Canada | United States | United Kingdom | All other countries | Total |
| Revenue | 31,033 | — | 3,080 | — | — | 34,113 |

The following table sets forth assets and liabilities by geographic location (excluding inter-company balances and investments in subsidiaries):

| As at | | | | | | Mar 31, 2016 |
|---|---|---|---|---|---|---|
| | Barbados | Canada | United States | United Kingdom | All other countries | Total |
| Current assets | 158,370 | 38,959 | 11,753 | 186,603 | 136,148 | 531,833 |
| Non-current assets | 1,597,426 | 885 | 14,136 | 1,911,082 | 1,136,234 | 4,659,763 |
| Total assets, continuing operations | 1,755,796 | 39,844 | 25,889 | 2,097,685 | 1,272,382 | 5,191,596 |
| Current liabilities | 53,755 | 115,406 | 4,654 | 316,608 | 46,432 | 536,855 |
| Non-current liabilities | — | 3,284,019 | 30,667 | 227,045 | 32,667 | 3,574,398 |
| Total liabilities, continuing operations | 53,755 | 3,399,425 | 35,321 | 543,653 | 79,099 | 4,111,253 |

| As at | | | | | | Dec 31, 2015 |
|---|---|---|---|---|---|---|
| | Barbados | Canada | United States | United Kingdom | All other countries | Total |
| Current assets | 131,503 | 30,836 | 11,853 | 176,297 | 131,706 | 482,195 |
| Non-current assets | 1,611,628 | 1,683 | 14,591 | 2,057,300 | 1,108,393 | 4,793,595 |
| Total assets, continuing operations | 1,743,131 | 32,519 | 26,444 | 2,233,597 | 1,240,099 | 5,275,790 |
| Current liabilities | 44,159 | 104,963 | 1,146 | 326,330 | 32,774 | 509,372 |
| Non-current liabilities | — | 3,319,920 | — | 241,771 | 54,735 | 3,616,426 |
| Total liabilities, continuing operations | 44,159 | 3,424,883 | 1,146 | 568,101 | 87,509 | 4,125,798 |

## 21. Directors and key management compensation
Compensation, consisting of salaries, bonuses, other benefits and director fees to key management personnel and directors for the three month period ended March 31, 2016 amounted to $1,240 ( 2015 – $871).
Share based compensation expense recorded for key management and directors, for the three month period ended March 31, 2016 amounted to $3,337 ( 2015 – $147).

### 22. Nature of expenses
The nature of expenses included in cost of sales and operating expenses are as follows:

| | Three month ended | |
| --- | --- | --- |
| | Mar 31, 2016 | Mar 31, 2015 |
| Production, manufacturing and distribution costs | 68,683 | 3,829 |
| Salaries, bonus and benefits | 6,597 | 2,897 |
| Sales and marketing expenses | 13,313 | 2,973 |
| Research and development expenses | 8,867 | 3,088 |
| Share-based compensation | 8,357 | 897 |
| Amortization and depreciation | 47,025 | 5,077 |
| Change in fair value of purchase consideration | 3,357 | 633 |
| Professional fees including acquisition and restructuring | 7,577 | 2,989 |
| Travel expenses | 2,038 | 535 |
| Rent and facilities | 616 | 156 |
| Other expenses | 2,187 | 1,234 |
| Total | 168,617 | 24,308 |

### 23. Discontinued operations
In December 2015, the Company decided to wind down operations of its former SHD Division and its subsidiary CMH which distributed diabetes testing supplies and other healthcare products. The completion of the wind-down of the SHD Division is expected by June 2016.

Net income (loss) from the discontinued operation include:

| | Three months ended | |
| --- | --- | --- |
| | Mar 31, 2016 | Mar 31, 2015 |
| Revenue | 23 | 2,322 |
| Expenses | 539 | 440 |
| Pre-tax (loss) income from discontinued operation | (516) | 1,882 |
| Income tax (recovery) expense | (158) | — |
| Income (loss) from discontinued operation, net of taxes | (358) | 1,882 |

Assets and liabilities of the discontinued operation classified as other assets and other liabilities in the unaudited condensed consolidated balance sheet include:

| As at | Mar 31, 2016 | Dec 31, 2015 |
| --- | --- | --- |
| Current assets | 5,990 | 6,469 |
| Other assets | 5,990 | 6,469 |
| Trade and other payables | 343 | 253 |
| Other liabilities | 343 | 253 |

**24. Subsequent events**

On May 12, 2016, Concordia entered into an agreement to acquire four products and the associated global rights through its wholly owned subsidiaries Mercury Pharma Group Limited and Amdipharm Mercury International Limited. The product rights acquired provide treatments for depression, urticaria and anemia. The purchase price of the acquisition will consist of an initial payment of £21 million funded through cash on hand, and up to a maximum of £7 million in earn-out payments that would be payable in the first quarter of 2017 if certain performance and supply targets are achieved. The transaction is expected to close on or about May 31, 2016.