UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| ANDREW MEYER, Individually and on behalf of all other similarly situated,<br><br>Plaintiff,<br><br>v.<br><br>CONCORDIA INTERNATIONAL CORP., MARK THOMPSON, and ADRIAN DE SALDANHA,<br><br>Defendants. | Case No. 1:16-cv-06467 (RMB) |

**LEAD PLAINTIFF'S NOTICE OF MOTION AND MOTION FOR
(1) FINAL APPROVAL OF PROPOSED CLASS ACTION SETTLEMENT AND
(2) LEAD COUNSEL'S MOTION FOR AN AWARD OF ATTORNEYS' FEES,
<u>REIMBURSEMENT OF EXPENSES, AND AWARD TO LEAD PLAINTIFF</u>**

PLEASE TAKE NOTICE that on June 25, 2019 at 11:00 a.m. in Courtroom 17B of the United States District Court for the Southern District of New York, located at 500 Pearl Street, New York, New York, 10007, or as soon thereafter as the parties can be heard, Lead Plaintiff will and hereby does move the Court, the Honorable Richard M. Berman, for final approval of the proposed class action, and for an award of attorneys' fees, reimbursement of expenses, and award to Lead Plaintiff.

This motion is based upon (a) this notice of motion and motion; (b) the Memorandum of Law in Support of Plaintiff's Motion for an Award of Attorneys' Fees, Reimbursement of Expenses, and an Award to Lead Plaintiff Vincent Yip; (c) the Memorandum of Law in Support of Motion for Final Approval of Class Action Settlement and Approval of Plan of Allocation; (d) the Declaration of Gonen Haklay in Support of (1) Lead Plaintiff's Motion For Final Approval of the Proposed Class Action Settlement and (2) Lead Counsel's Motion for an Award of Attorneys'

1

Fees, Reimbursement of Expenses, and an Award to Lead Plaintiff, and the exhibits attached thereto; (e) the Declaration of Jacob A. Goldberg on Behalf of the Rosen Law Firm, P.A. Concerning Attorneys' Fees and Expenses; (f) the Declaration of Sarah Evans Concerning (I) the Mailing of the Notice of Pendency and Proposed Settlement of Class Action and Proof of Claim and Release Form, (II) the Publication of the Summary Notice of Pendency and Proposed Class Action Settlement, (III) the Exclusion Requests Received, and (IV) the Objections Submitted; and (g) such argument and additional papers as may be submitted to the Court before and at the hearing on this motion.

Dated: April 26, 2019                                            Respectfully submitted,

**THE ROSEN LAW FIRM, P.A.**

/s/ Jacob A. Goldberg
Jacob A. Goldberg (*pro hac vice*)
Gonen Haklay (*pro hac vice*)
101 Greenwood Avenue, Suite 440
Jenkintown, PA 19046
Telephone: (215) 600-2817
Fax: (212) 202-3827
Email: jgoldberg@rosenlegal.com
            ghaklay@rosenlegal.com

*Lead Counsel for Lead Plaintiff and the Class*

**CERTIFICATE OF SERVICE**

    I hereby certify that on April 26, 2019, a true and correct copy of the foregoing document was served by CM/ECF to the parties registered to the Court's CM/ECF system.

    /s/ Jacob A. Goldberg