UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------X
ANDREW MEYER, Individually and on behalf
Of all other similarly situated,

                Plaintiff,

    v.

CONCORDIA INTERNATIONAL CORP.,
MARK THOMPSON, and ADRIAN DE
SALDANHA,

                Defendants.
------------------------------------------------------------X

**ORDER**

16-CV-6467 (RMB) (KNF)



KEVIN NATHANIEL FOX
UNITED STATES MAGISTRATE JUDGE

    Since September 25, 2018, when the plaintiff made a motion for leave to file a second consolidated amended class action complaint, Docket Entry No. 172, significant developments occurred in this action, including the issuance of an order granting the plaintiff's motion for preliminary approval of a class action settlement, Docket Entry No. 188, and the filing of a motion for final approval of the class action settlement, Docket Entry No. 191. Considering the posture of the case, on or before August 16, 2019, the plaintiff shall file a letter informing the Court if his motion for leave to file a second consolidated amended class action complaint, Docket Entry No. 172, is still viable.

Dated: New York, New York
         August 12, 2019

SO ORDERED:

_____
KEVIN NATHANIEL FOX
UNITED STATES MAGISTRATE JUDGE